# United States Court of Appeals

### For the Eighth Circuit

———————————————

No. 16-2834

———————————————

Byron Amilcar Garcia-Avalos

*Petitioner*

v.

Jefferson B. Sessions, III,[1] Attorney General of the United States

*Respondent*

——————

Petition for Review of an Order of the
Board of Immigration Appeals

——————

Submitted:  June 5, 2017
Filed: June 8, 2017
[Unpublished]

——————

Before WOLLMAN, BOWMAN, and RILEY, Circuit Judges.

——————

PER CURIAM.

———————————

[1]Jefferson B. Sessions, III has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

Byron Amilcar Garcia-Avalos, a citizen of Guatemala, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decision of an immigration judge denying him asylum and withholding of removal. After careful review, we conclude that substantial evidence supports the decision of the immigration judge. See Matul-Hernandez v. Holder, 685 F.3d 707, 712-13 (8th Cir. 2012). The petition is denied. See 8th Cir. R. 47B.

_____